*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael F. Corbi
    Debtor(s)

Case No: 10–10144–jkf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the filing fee
in the amount of $274.00 or file an
application for installments due
January 7, 2010.

will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Court

on: 1/28/10

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 14, 2010

9
Form 175